Clyde G. HUNTLEY, Collector of Internal Revenue of the United States for the District of Oregon, v. J. R. DODSON.

SAME v. J. A. ZEHNTBAUER.

SAME v. C. C. JANTZEN.

Nos. 9347–9349.

Circuit Court of Appeals, Ninth Circuit.

Oct. 31, 1939.

Carl C. Donaugh, U. S. Atty., and J. Mason Dillard, Asst. U. S. Atty., both of Portland, Or., for appellant.

G. G. Smith, of Portland, Or., for appellee.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon motion of appellant, and stipulation of counsel for respective parties, in each cause, ordered appeal in each cause dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.